# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM R. BLAKE III, )<br>*Petitioner* )<br> )<br>v. )<br>MERRILL LYNCH, PIERCE, FENNER & SMITH )<br>INCORPORATED )<br>and )<br>WELLS FARGO CLEARING SERVICES, LLC, )<br>*Respondents* )<br> ) | Case No. 1:19-cv-00492-TSC |

## MEMORANDUM OPINION

The Court having considered: 1) The Petition for an Order Confirming Arbitration Award and the exhibits thereto, ECF No. 1, ; and 2) Petitioner's Unopposed Motion for Summary Judgment, Statement of Material Facts, and the Affidavit of John R. Snyder, ECF No. 7, the Court concludes there is no genuine issue as to any material fact, that Petitioner has satisfied the requirements of 9 U.S.C. § 9, and Petitioner is entitled to judgment as a matter of law.

Therefore, pursuant to 9 U.S.C. § 9, by separate order, the court will grant Petitioner's motion and confirm the award dated December 1, 2018 issued in the arbitration conducted by Financial Industry Regulatory Authority Dispute Resolution entitled *William Richard Blake v. Merrill Lynch, Pierce, Fenner & Smith Inc. and Wells Fargo Clearing Services, LLC*, FINRA-DR Case No. 18-01896.

Date: May 30, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge